UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARSH & McLENNAN AGENCY LLC,

                Plaintiff,

         v.

ALLIANT INSURANCE SERVICES, INC., ANDREW OLDENBURG, ELIZABETH McKINNEY, KIMBERLY MOORE, and DANIELLE BLACK,

                Defendants.

25-CV-6936 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On August 29, 2025, Plaintiff MMA filed a motion for a temporary restraining order, preliminary injunction, and expedited discovery on August 29, 2025. Defendants opposed, urging the Court to abstain from deciding MMA's motion for emergency relief because this case was the second filed of two federal suits concerning substantially similar subject matter. In light of that, on September 18, 2025, the Court stayed this case pending the ruling of the District of Oregon on a motion to transfer venue in a case between MMA and Defendant Andrew Oldenburg.[1] Dkt. No. 45. On October 6, 2025, the District of Oregon granted MMA's motion to transfer venue in the Oregon action to this Court. *Oldenburg v. Marsh & McLennan Agency LLC*, No. 3:25-CV-01459 (D. Or. Oct. 6, 2025). Therefore, the Clerk of Court is respectfully directed to lift the stay in this action. The hearing concerning Plaintiff's motion for emergency relief is hereby rescheduled for October 15 at 3:00 pm in Courtroom 1506, 40 Centre Street, New York, NY 10007.

SO ORDERED.

Dated:    October 8, 2025
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge

---

[1] In the Oregon case, Oldenburg is the plaintiff, and MMA the defendant.