**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARSH & McLENNAN AGENCY LLC, <br><br> Plaintiff, <br><br> - against - <br><br> ALLIANT INSURANCE SERVICES, INC., ANDREW OLDENBURG, ELIZABETH McKINNEY, KIMBERLY MOORE, and DANIELLE BLACK, <br><br> Defendants. | Case No. 25-cv-06936 <br><br> **DEFENDANT ALLIANT INSURANCE SERVICES, INC.'S NOTICE OF MOTION TO DISMISS** |

   PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Peter M. Fay, dated October 14, 2025, Defendant Alliant Insurance Services, Inc. will move this Court, before the Honorable Ronnie Abrams, United States District Court Judge, at a date and time to be determined by the Court, at the United States Courthouse, Southern District of New York, located at 40 Foley Square, New York, NY 10007, for an Order dismissing claims asserted against it in the Complaint pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, NY<br>October 14, 2025 | MORGAN, LEWIS & BOCKIUS LLP<br><br>*/s/ Timothy J. Stephens*<br>Timothy J. Stephens<br>Peter M. Fay<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309-6000<br>timothy.stephens@morganlewis.com<br>peter.fay@morganlewis.com<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 14th day of October, 2025, he caused to be served a copy of the foregoing document, with the accompanying Memorandum of Law and Declaration, on all counsel of record via the Court's ECF system.

*/s/ Timothy J. Stephens*
Timothy J. Stephens