# Morgan Lewis

**Timothy J. Stephens**
Partner
+1.212.309.6805
timothy.stephens@morganlewis.com

October 14, 2025

<u>Via ECF</u>

The Honorable Ronnie Abrams
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

**Re:   Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc., Andrew Oldenburg, Elizabeth McKinney, Kimberly Moore and Danielle Black**
**Case No. 1:25-cv-06936**

Dear Judge Abrams:

We represent Defendants in the above-referenced action. Defendant Alliant Insurance Services, Inc. ("Alliant") filed its Motion to Dismiss today. Pursuant to Rule 4(G) of Your Honor's Individual Practices, Alliant respectfully requests oral argument on Alliant's Motion to Dismiss.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Timothy J. Stephens*

cc:   All counsel of record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060      T +1.212.309.6000
United States                 F +1.212.309.6001