# Morgan Lewis

**Timothy J. Stephens**
Partner
+1.212.309.6805
timothy.stephens@morganlewis.com

October 17, 2025

**Via ECF**

The Honorable Ronnie Abrams
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

The initial status conference scheduled for October 24, 2025 is adjourned until October 31, 2025 at 12:00 p.m. Unless the parties request otherwise, the conference will take place telephonically. Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public. The parties shall filed a joint letter with a proposed case management plan no later than October 24, 2025.

SO ORDERED.

Hon. Ronie Abrams
October 20, 2025

Re:   **Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc., Andrew Oldenburg, Elizabeth McKinney, Kimberly Moore and Danielle Black**
      **Case No. 1:25-cv-06936**

Dear Judge Abrams:

On behalf of all parties, I write to request that the October 24, 2025 Initial Status Conference in this matter be adjourned until October 31, 2025 (or such later date that the Court chooses).

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Timothy J. Stephens*

cc:   All counsel of record (via ECF)

DB1/ 163355888.1

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

☎ +1.212.309.6000
🖷 +1.212.309.6001