Case 1:25-cv-06936-RA   Document 55   Filed 10/24/25   Page 1 of 1



> The Initial Case Management Conference set for October 31, 2025 is adjourned until Thursday, November 20, 2025 at 9:45 a.m. The parties shall submit a join letter with a proposed case management plan no later than November 14, 2025.
>
> SO ORDERED
>
> _____
> Hon. Ronnie Abrams
> October 30, 2025

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

October 24, 2025

VIA ECF

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc., Andrew Oldenburg, Elizabeth McKinney, Kimberly Moore, and Danielle Black*, Case No. 25-cv-06936

Dear Judge Abrams:

    We represent Plaintiff Marsh & McLennan Agency LLC ("MMA") in the above-captioned matter. On behalf of all parties, we respectfully request that the October 31, 2025 Initial Case Management Conference be adjourned until after the Court rules on MMA's pending preliminary-injunction motion. Because the timing and scope of discovery will depend on that ruling, it would be most efficient to set the discovery schedule once the Court has issued its decision.

    We appreciate the Court's consideration of this request.

                                                       Respectfully submitted,

                                                       */s/ David W. Garland*
                                                       David W. Garland

cc: All counsel of record (via ECF)