UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARSH & McLENNAN AGENCY LLC,

                Plaintiff,

        v.

ALLIANT INSURANCE SERVICES, INC., ANDREW OLDENBURG, ELIZABETH McKINNEY, KIMBERLY MOORE, and DANIELLE BLACK,

                Defendants.

25-CV-6936 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    The parties' joint letter with a proposed case management plan, previously due on November 14, 2025, shall now be due by 12:00 p.m. on November 19, 2025. The Court intends to rule on Plaintiff's pending motion for preliminary injunctive relief before then.

SO ORDERED.

Dated:    November 13, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge