

Attorneys at Law

David W. Garland
t  212.351.4708
f  212.878.8600
DGarland@ebglaw.com

December 1, 2025

<u>VIA ECF</u>

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *Marsh & McLennan Agency LLC v. Alliant Insurance Services, Inc., Andrew Oldenburg, Elizabeth McKinney, Kimberly Moore, and Danielle Black*, Case No. 25-cv-06936

Dear Judge Abrams:

  We represent Plaintiff Marsh & McLennan Agency LLC ("MMA") in the above-captioned matter. We write on behalf of all parties regarding the joint letter and proposed case-management plan currently due today, December 1 at 5:00 p.m., and the Initial Case Management Conference scheduled for tomorrow, December 2 at 11:00 a.m. (ECF No. 67).

  On October 24, the parties jointly requested an adjournment of the initial conference in light of MMA's pending preliminary-injunction application, explaining that the timing and scope of discovery would depend on the Court's ruling. The Court granted that request on October 30 and reset the conference and related deadlines. (ECF No. 58). Since then, the Court has extended the parties' submission deadline and rescheduled the conference, most recently to December 1 and December 2, respectively. (ECF Nos. 64, 67).

  Because the Court has not yet issued its decision on the preliminary-injunction motion, the considerations underlying the parties' original request remain unchanged. The parties respectfully submit that it would be most efficient to set a discovery schedule once the Court has ruled. The parties therefore request that the December 1 deadline and December 2 conference be adjourned to dates convenient for the Court following issuance of the ruling, with the joint letter and proposed case-management plan due in advance of the rescheduled conference.

  We appreciate the Court's consideration of this request.

Hon. Ronnie Abrams
December 1, 2025
Page 2

                                                     Respectfully submitted,

                                                     */s/ David W. Garland*
                                                     David W. Garland

cc: All counsel of record (via ECF)