UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARSH & McLENNAN AGENCY LLC,

               Plaintiff,

         v.

ALLIANT INSURANCE SERVICES, INC.;
ANDREW OLDENBURG; ELIZABETH
McKINNEY; KIMBERLY MOORE; and
DANIELLE BLACK,

               Defendants.

25-CV-6936 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In light of the Court's referral of this matter to Magistrate Judge Ricardo for general pretrial practice, unless the parties request otherwise, the conference scheduled for December 2, 2025 is adjourned.

SO ORDERED.

Dated:       December 1, 2025
              New York, New York

_____
Ronnie Abrams
United States District Judge