# Morgan Lewis

**Timothy J. Stephens**
Partner
+1.212.309.6805
timothy.stephens@morganlewis.com

March 13, 2026

Honorable Henry J. Ricardo
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 21D
New York, New York 10007

**RE: *Marsh & McLennan Agency, LLC v. Alliant Ins. Servs., Inc. et al.*, No. 25-cv-06936**

Dear Judge Ricardo,

Plaintiff Marsh & McLennan Agency, LLC ("Plaintiff") and Defendants Alliant Insurance Services, Inc. ("Alliant"), Andrew Oldenburg, Elizabeth McKinney, Kimberly Moore, and Danielle Black (collectively the "Individual Defendants," and together with Alliant, the "Defendants") jointly submit this status letter pursuant to the Court's Case Management Plan and Scheduling Order dated December 16, 2025 (Dkt. No. 75).

On December 31, 2025, Plaintiff filed an Amended Complaint.  On January 30, 2026, Defendants timely filed an Answer.  The parties are currently engaged in discovery.  The parties have served and responded to initial interrogatories and have also exchanged initial requests for production and responses and objections to same.  The parties are in the process of reviewing documents for responsiveness and privilege.  The parties will coordinate regarding the scheduling of depositions as document discovery progresses.

Currently there are no pending motions or disputes requiring the Court's attention.

The parties are available to answer any questions the Court may have.

Respectfully submitted,

/s/ Timothy J. Stephens                                           /s/ Millie Warner

Timothy J. Stephens                                              Millie Warner
Karen Pieslak Pohlmann                                           David Garland

*Counsel for Defendants*                                         *Counsel for Plaintiff*

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060                    **T** +1.212.309.6000
United States                                **F** +1.212.309.6001