UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARSH & McLENNAN AGENCY LLC,

Plaintiff,

v.

ALLIANT INSURANCE SERVICES, INC., et al.,

Defendants.

25-CV-6936 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On August 21, 2025, Plaintiff Marsh & McLennan Agency LLC ("MMA") filed the initial complaint in this action against Defendants Alliant Insurance Services, Inc. ("Alliant"), Andrew Oldenburg, Elizabeth Moore, and Danielle Black. Dkt. No. 1 (Compl.). On October 14, 2025, Alliant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2), arguing that this Court lacked personal jurisdiction over it. Dkt. No. 48 (Alliant's Mot. to Dismiss). While the motion to dismiss was pending, on December 1, 2025, the Court issued a separate opinion and order granting in part MMA's motion for a preliminary injunction, in which the Court concluded that it had personal jurisdiction over Alliant. *Marsh & McLennan Agency LLC v. Alliant Ins. Servs., Inc.*, 2025 WL 3442819, at *7 (S.D.N.Y. Dec. 1, 2025).

On December 31, 2025, MMA filed an amended complaint. Dkt. No. 76 (Am. Compl.). Alliant did not move to dismiss again in response, instead choosing to file an answer. Dkt. No. 78 (Answer). In light of MMA's amendment, Alliant's motion to dismiss is denied as moot, as is its accompanying motion for oral argument. *See* Dkt. No. 51 (Alliant's Mot. for Oral Argument). The Clerk of Court is respectfully directed to close the motions pending at Docket Numbers 48 and 51.

SO ORDERED.

Dated:    April 23, 2026
          New York, New York

Ronnie Abrams
United States District Judge